IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01269-LTB

GARY FLUTE SR.,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 11, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 11th day of July, 2014.

                                           FOR THE COURT,

                                           JEFFREY P. COLWELL, Clerk

                                           By: s/K Lyons
                                                Deputy Clerk